**AFFIRMED as MODIFIED; Opinion Filed April 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-01210-CR**

**No. 05-18-01211-CR**

**No. 05-18-01212-CR**

**No. 05-18–01213-CR**

**JUAN VELASQUEZ BENITEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-53117-U, F11-62850-U, No. F12-52399-U, and**
**F12-55564-U**

## MEMORANDUM OPINION
Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Myers

Appellant Juan Velasquez Benitez appeals his convictions, following the adjudication of his guilt, for (1) unauthorized use of a motor vehicle (05-18-01210-CR; F11-53117-U); (2) theft of property valued at least $20,000 but less than $100,000 (05-18-01211-CR; F11-62850-U); (3) theft of property, aggregate value at least $100,000 but less than $200,000 (05-18-01212-CR; F12-52399-U); (4) theft of property, aggregate value at least $20,000 but less than $100,000 (05-18-

01213-CR; F12-55564-U).  The trial court assessed punishment at two years' confinement in cause 01210-CR, and eight years in the other three cases.

On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).  The brief presents a professional evaluation of the record showing why there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*).  Counsel attests that she served a copy of the brief on appellant.  We advised appellant of his right to file a pro se response, but he has not filed a pro se response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeals are frivolous and without merit, and we find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we note that the four judgments adjudicating guilt recite that the name of the attorney for the defendant was "Pamela Muhammad," when the reporter's record shows her name was "Pamela Segura-Muhammad."  Accordingly, on our own motion, we modify the section of each judgment entitled "Attorney for Defendant" to show that the name of the attorney

for the defendant was "Pamela Segura-Muhammad." TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993) (courts of appeals have authority to modify a judgment); *Estrada v. State*, 334 S.W.3d 57, 63–64 (Tex. App.—Dallas 2009, no pet.) (same).

As modified, we affirm the trial court's judgments adjudicating guilt.


/Lana Myers/
LANA MYERS
JUSTICE



Do Not Publish
TEX. R. APP. P. 47.2(b)
181210F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JUAN VELASQUEZ BENITEZ, Appellant

No. 05-18-01210-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas Trial Court Cause No. F11-53117-U. Opinion delivered by Justice Myers. Justices Schenck and Carlyle participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

> \* The portion of the judgment entitled "Attorney for Defendant: Pamela Muhammad" should be changed to read: "Attorney for Defendant: Pamela Segura-Muhammad."

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 6th day of April, 2020.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUAN VELASQUEZ BENITEZ,
Appellant

No. 05-18-01211-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F11-62850-U.
Opinion delivered by Justice Myers.
Justices Schenck and Carlyle
participating.

Based on the Court's opinion of this date, the judgment of the trial court is

**MODIFIED** as follows:

> * The portion of the judgment entitled "Attorney for Defendant: Pamela Muhammad" should be changed to read: "Attorney for Defendant: Pamela Segura-Muhammad."

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 6th day of April, 2020.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUAN VELASQUEZ BENITEZ,
Appellant

No. 05-18-01212-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F12-52399-U.
Opinion delivered by Justice Myers.
Justices Schenck and Carlyle
participating.

Based on the Court's opinion of this date, the judgment of the trial court is

**MODIFIED** as follows:

> \* The portion of the judgment entitled "Attorney for Defendant: Pamela Muhammad" should be changed to read: "Attorney for Defendant: Pamela Segura-Muhammad."

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 6th day of April, 2020.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JUAN VELASQUEZ BENITEZ,
Appellant

No. 05-18-01213-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F12-55564-U.
Opinion delivered by Justice Myers.
Justices Schenck and Carlyle
participating.

Based on the Court's opinion of this date, the judgment of the trial court is

**MODIFIED** as follows:

> \* The portion of the judgment entitled "Attorney for Defendant: Pamela Muhammad" should be changed to read: "Attorney for Defendant: Pamela Segura-Muhammad."

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 6th day of April, 2020.